IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL R., | : | CIVIL ACTION |
|     Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO,[1] | : | |
| Commissioner of the Social | : | |
| Security Administration, | : | |
|     Defendant | : | NO. 24-6785 |

## ORDER

**AND NOW**, this 23rd day of June 2025, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 8) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, the ALJ shall reconsider whether, prior to his date last insured of December 31, 2023, Plaintiff satisfied the **six month** durational requirement for chronic liver disease, as defined in 20 C.F.R. Pt. 404, Subpart P, Appendix 1, § 5.00(C)(1) (2024).

BY THE COURT:

    /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge

---

[1] Frank Bisignano became the Commissioner of Social Security, on May 7, 2025. Pursuant to Rule 25(d)(a) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as Defendant in this case. No further action need be taken to continue this action, pursuant to section 205 of the Social Security Act. 42 U.S.C. § 405(g).